UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

  - v. -

GARFIELD EDWARDS

                Defendant.
-----------------------------------------------------------X

ORDER

18-CR-0490-02 (PAC)

IT IS HEREBY ORDERED:

Daniel McGuinness is appointed to represent Garfield Edwards as CJA counsel for the purpose of filing a motion, *Nunc Pro Tunc* November 2, 2022. SO ORDERED.

DATE: __
November 2, 2022

_____
PAUL A CROTTY
United States District Judge